**O**

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# CENTRAL DISTRICT OF CALIFORNIA

10

11   PEGGY ROBINSON,

12                      Plaintiff,

13          v.

     DERRICK JOHN TOOLE,

14

15                      Defendant.

16

Case No. 2:13-cv-06007-ODW(RZx)

**ORDER CONSOLIDATING
RELATED CASES**

17          The cases of *Peggy Robinson v. Derrick John Toole*, No. 13-cv-06007-

18   ODW(RZx) (C.D. Cal. filed August 15, 2013) and *Marianne Maddalena v. Derrick*

19   *John Toole*, No. 13-cv-04873-ODW(RZx) (C.D. Cal. filed July 5, 2013) are pending

20   before this Court.  Both actions present substantially identical questions of law and

21   fact.  Plaintiffs Maddalena and Robinson allege that Defendant Derrick Toole illegally

22   installed  software  on  their  computers  to  intercept  their  electronic  messages  in

23   violation  of  18  U.S.C  §§  1030,  2510,  and  2701,  and  California  common  law.

24   Additionally, Plaintiff Peggy Robinson filed a Notice of Related Cases in accordance

25   with Local Rule 83-1.3 agreeing that "identical legal issues [are] presented in these

26   cases."  (ECF No. 4.)

27   / / /

28   / /

Accordingly, it is hereby **ORDERED** that these cases are consolidated for all purposes, including trial, with case No. 13-cv-04873-ODW(RZx) serving as the lead case.  All orders, pleadings, motions, and other documents should be filed **only in the lead case.**

**IT IS SO ORDERED.**

September 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**